**IN THE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

EMERSON RODINEY VARELA RAMIREZ and
RICHARD DELVIN MARADIAGA CHAVARRIA,
by and through their next friend
KYLE SLONE,

Petitioners,

v. CIVIL ACTION NO. 3:26-0610

DAVID VENTURELLA,
Acting Director, United States Immigration and
Customs Enforcement,
MARKWAYNE MULLIN,
Secretary of Homeland Security;
TODD BLANCHE,
United States Attorney General,
DAVID KLUEMPER,
Supervisory Detention and Deportation Officer,
United States Immigration and Customs Enforcement;
KENNETH BARNETT,
Supervisory Detention and Deportation Officer,
United States Immigration and Customs Enforcement;
JOHN RIFE,
Field Office Director, Philadelphia Field Office,
United States Immigration and Customs Enforcement;
in their official capacities,

Respondents.

**ORDER**

Pending before the Court is Respondents' Second Motion for Extension to File Response. ECF No. 10. The Parties are exploring possible resolution of the matter without further briefing. *Id*. Both Petitioners have been released and do not object to the extension. *Id.* Accordingly, Respondents' Second Motion for Extension to File Response is **GRANTED**.

In lieu of the previously ordered deadlines, **IT IS HEREBY ORDERED** that:

1. Respondents **SHALL** file a response by **Tuesday, October 13, 2026, at 1:30 PM**.
2. Petitioners **SHALL** file a reply, if any, by **Friday, October 16, 2026, at 1:30 PM**.
3. The Show Cause Hearing **SHALL** be held on **Thursday, October 22, 2026**, **at 2:00 PM**.
4. The Parties may agree to waive or continue this Show Cause Hearing, as appropriate.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER: October 7, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE